1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12  MK,                                    4:23-cv-03138 DMR

13              Plaintiff,
                                           **STIPULATION TO EXTENSION OF TIME FOR**
14       v.                                **DEFENDANTS' MOTION FOR SUMMARY**
                                           **JUDGMENT; ORDER**
15  ALEJANDRO MAYORAKS, Secretary, U.S.
    Department of Homeland Security, *et al.*,
16
17              Defendants.

18

19       Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of

20  time for Defendants to file their motion for summary judgment. Defendants will file their motion for

21  summary judgment by November 17, 2023. For these reasons, and as articulated below in the

22  Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

23

24

25

26

27

28

Stipulation
4:23-cv-03138 DMR

1    Dated: November 2, 2023                    Respectfully submitted,[1]

2                                               ISMAIL J. RAMSEY
                                                United States Attorney
3

4                                                /s/ Elizabeth D. Kurlan
                                                ELIZABETH D. KURLAN
5                                               Assistant United States Attorney

6                                               Attorneys for Defendants

7

8    Dated: November 2, 2023
                                                 /s/ Paul O'Dwyer
9                                               PAUL O' DWYER (Pro Hac Vice)
                                                Law Office of Paul O' Dwyer PC
10
                                                SCOTT A. EMRICK
11                                              Bolour / Carl Immigration Group, APC

12                                              Attorneys for Plaintiff

13

14

15                                    **ORDER**

16
         Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their motion for summary
17
     judgment by November 17, 2023.
18
      Date: November 6, 2023
19

20

21

22

23                                              DONNA M. RYU
                                                United States Chief Magistrate Judge
24

25

26

27    _____
          [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
28    signatories listed herein concur in the filing of this document.

     Stipulation
     4:23-cv-03138 DMR

1

**DECLARATION OF ELIZABETH D. KURLAN**

2       I, Elizabeth D. Kurlan, declare and state as follows:

3       1.     I am an Assistant United States Attorney in the United States District Court for the

4 Northern District of California and counsel of record for the federal Defendants in the above-captioned

5 action.

6       2.     On September 5, 2023, Defendants filed their answer to the Complaint. *See* Dkt. No. 14.

7       3.     On November 2, 2023, I contacted Plaintiff regarding Defendants' request for a brief

8 extension of time to prepare their motion for summary judgment, and Plaintiff consented to the request.

9       I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.

11 DATED:  November 2, 2023

12                       */s/ Elizabeth D. Kurlan*

ELIZABETH D. KURLAN

13                       Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28